

Booras, for appellants; Richard Hill, Jr., of counsel; Donald L. Thompson and Wind & Wind, for appellee; Donald L. Thompson, of counsel. Opinion by JUSTICE SCANLAN. **Not to be published in full.** Opinion filed December 5, 1950; released for publication December 28, 1950.

## J. Ernest Wilkins, Appellee, v. Charles Crook, Appellant.

**Gen. No. 45,027.** 

█ 
 Charles
V. Falkenberg, for appellant; Wilkins, Wilkins & Wilkins and Benjamin G. Clanton, for appellee; John R. Wilkins, Julian B. Wilkins and J. Ernest Wilkins, of counsel. Opinion by JUSTICE SCANLAN. **Not to be published in full.** Opinion filed December 5, 1950; released for publication December 28, 1950.